## STATE OF NEW YORK - DEPARTMENT OF STATE
## RECEIPT FOR SERVICE OF PROCESS

Service of process was made pursuant to:
**SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW**

| | |
|---|---|
| **PARTY SERVED:** | ONE JEANSWEAR GROUP LLC |
| **SERVICE OF PROCESS ADDRESS:** | ONE JEANSWEAR GROUP LLC<br>1411 BROADWAY 3RD FL.<br>NEW YORK NY 10018,<br>USA |
| **PLAINTIFF / PETITIONER:** | WENDELL THOMPSON |
| **RECEIPT NUMBER:** | 202110060204 |
| **DATE OF SERVICE:** | 10/06/2021 |
| **TRANSACTION NUMBER:** | 202110060002662 |
| **SERVICE COMPANY:** | EMPIRE CORPORATE & INFORMATION SERVICES, INC. |
| **SERVICE COMPANY CODE:** | 12 |
| **PERSON AUTHORIZED TO RECEIVE PROCESS:** | NANCY DOUGHERTY |



| | | | |
|---|---|---|---|
| TOTAL FEES: | $40.00 | TOTAL PAYMENTS RECEIVED: | $40.00 |
| FILING FEE: | $0.00 | CASH: | $0.00 |
| CERTIFICATE OF STATUS: | $0.00 | CHECK/MONEY ORDER: | $0.00 |
| CERTIFIED COPY: | $0.00 | CREDIT CARD: | $0.00 |
| COPY REQUEST: | $0.00 | DRAWDOWN ACCOUNT: | $40.00 |
| PROCESS: | $40.00 | REFUND DUE: | $0.00 |
| EXPEDITED HANDLING: | $0.00 | | |

Authentication Number: 100000458342 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WENDELL THOMPSON, | Plaintiff, | |
| | | AFFIDAVIT OF SERVICE |
| -against- | | Civil Action # 1-21-cv-7841 |
| ONE JEANSWEAR GROUP INC. and | | |
| ONE JEANSWEAR GROUP LLC, | Defendants. | |

STATE OF NEW YORK
COUNTY OF ALBANY

Denise Dooley, being duly sworn, deposes and says that she is over the age of eighteen (18) years and not a party to this action.

That on the 6th day of October, 2021, approximately 12:00 pm, at the Office of the Secretary of State of the State of New York in the City of Albany, New York, she served the Summons in a Civil Action, Civil Cover Sheet, Complaint with Exhibits, Individual Rules of Practice in Civil Cases Gregory H. Woods, United States District Judge and Emergency Individual Rules and Practices in Light of Covid-19 Gregory H. Woods, United States District Judge and United States District Court Southern District of New York Electronic Case Filing Rules and Instructions, upon **ONE JEANSWEAR GROUP LLC**, defendant in this action, by delivering to and leaving with Nancy Dougherty, an agent in the Office of Secretary of State of the State of New York personally at the Office of the Secretary of State of the State of New York two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further says that she knew the person so served as aforesaid to be an agent in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Nancy Dougherty is a white female, approximately 60 years old, 5'2" tall, 120 lbs., brown hair and wears glasses.

_____
Denise Dooley

Sworn to before me this
6th day of October, 2021

_____
Paula J. Cole
Notary Public, State of New York
Qualified in Albany County
No. 01CO9042570
Commission Expires September 30, 2022