```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
WENDELL THOMPSON,

                Plaintiff,

    v.

ONE JEANSWEAR GROUP INC. and ONE
JEANSWEAR GROUP LLC,

                Defendants.
-------------------------------------------------------------x

Civil Action No.: 1-21-cv-7841

**JUDGMENT**

      **WHEREAS** on or about December 10, 2021, Defendants One Jeanswear Group Inc. and One Jeanswear Group LLC ("Defendants") served on Plaintiff Wendell Thompson ("Plaintiff") an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of One Hundred Thirty Thousand Dollars and Zero Cents ($130,000.00) ("Offer of Judgment"), and

      **WHEREAS** Plaintiff Thompson accepted Defendants' Offer of Judgment on or about December 10, 2021,

      JUDGMENT shall be entered in favor of Plaintiff against Defendants in the amount of One Hundred Thirty Thousand Dollars and Zero Cents ($130,000.00).

      The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

**SO ORDERED**

Dated: New York, New York
December 11, 2021.

                                                  The Honorable Gregory H. Woods, U.S.D.J.